FILED
2012 Sep-19 PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **ROOSEVELT ADAMSON, JR.,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. )Case Nos. | 1:11-CV-8022-VEH-TMP |
| ) | 1:08-CR-197-VEH-TMP |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## O R D E R

On August 13, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2255 be denied and dismissed. Petitioner filed a motion for an extension of time in which to file objections, which was granted. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** this the 19th day of September, 2012.

                                                                              */s/ Virginia Emerson Hopkins*
                                                            **VIRGINIA EMERSON HOPKINS**
                                                            United States District Judge